In the Matter of JOSEPH C. GIAMBRONE, Respondent, v CLAUDINE ALBERICO, as Candidate for the Office of 30th District Oneida County Legislator, Appellant, and ANGELA LONGO et al., Constituting the Oneida County Board of Elections, et al., Respondents.

The actions taken on November 22nd cannot be regarded either as a timely canvass under Election Law § 9-209, which has a time limit of 10 days, or as a timely recanvass under Election Law § 9-208, which has a time limit of 15 days. The time limits set forth in the Election Law are clear and unambiguous and cannot be changed by the court *(Matter of Pillion v Lawley,* 277 App Div 1017).

Furthermore, the Board of Elections failed to provide the mandatory five days' notice of the November 22nd meeting (Election Law § 9-209 [1] [b]). Without such notice the canvass was invalid *(cf., Matter of Cregg v Fisselbrand,* 22 AD2d 342, 344-345, *affd* 15 NY2d 748 [notice requirement in Election Law § 274 (1) (now § 9-208) mandatory]). (Appeal from Order of Supreme Court, Oneida County, Grow, J.—Election Law.) Present—Callahan, J. P., Green, Pine, Lawton and Davis, JJ. (Order entered Jan. 10, 1992.)